No. 88–1076. PRESEAULT ET UX. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 2d Cir. Motions of Pacific Legal Foundation and National Association of Reversionary Property Owners for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 88–1150. MISSOURI ET AL. *v.* JENKINS ET AL. C. A. 8th Cir. Motion of National Taxpayers Union et al. for leave to file a brief as *amici curiae* granted. Certiorari granted limited to Question 2 presented by the petition. The parties are directed to brief also whether the petition for writ of certiorari is timely filed.

No. 88–1264. SAFFLE, WARDEN, ET AL. *v.* PARKS. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–6546. DURO *v.* REINA, CHIEF OF POLICE, SALT RIVER DEPARTMENT OF PUBLIC SAFETY, SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–240. GAF CORP. *v.* ERICH ET AL. Sup. Ct. N. J. Certiorari denied.

No. 88–963. CULBERSON *v.* VETERANS ADMINISTRATION. C. A. 6th Cir. Certiorari denied.

No. 88–1088. ROGERS ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–1146. NADER ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1194. CLARK ET AL. *v.* JENKINS, BY HER FRIEND, AGYEI, ET AL.; and
No. 88–1228. JACKSON COUNTY, MISSOURI, ET AL. *v.* JENKINS, BY HER FRIEND, AGYEI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1200. LAMPERT ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.